IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-03109-RM-NRN

LARRY EDWARDS,

    Plaintiff,

v.

EASTERN HOTEL GROUP, LLC d/b/a ECONOLODGE CANON CITY,
NAHID SULTANA, and
LUTFUL LATIF,

    Defendants

---

## ORDER

    Plaintiff's action, between private parties, is based on two claims alleging violations of the Colorado Anti-Discrimination Act and the Americans with Disabilities Act. (ECF No. 1.) This matter is now before the Court *sua sponte* after reviewing Defendants' answer which raises the following as "defenses and affirmative defenses": "The imposition of damages in this matter would violate Defendant[s'] Eighth Amendment protection against excessive fines in violation of the Colorado Constitution and the United State[s] Constitution." (ECF No. 16.) Thus, it appears that Defendants may be challenging the constitutionality of a federal and/or state statute governing damages in this action. If so, Defendants were required to provide notice to the court and the United States and/or state attorney general, but the Court is unable to determine this has occurred.

    Specifically, Fed. R. Civ. P. 5.1(a)(1) provides that a party who files a pleading drawing into question the constitutionality of a federal or state statute must:

(1) file a notice of constitutional question stating the question and identifying the paper that raises it, if:

(A) a federal statute is questioned and the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity; or

(B) a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity.

The party must also serve the notice and paper on the appropriate persons. Fed. R. Civ. P. 5.1(a)(2). Accordingly, based on the record at hand, it is

**ORDERED** that by **Tuesday, February 16, 2021**, Defendants shall file a notice either showing compliance with Fed. R. Civ. P. 5.1 or showing that compliance is not required.

DATED this 8th day of February, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge